THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRISTIAN NAVARRETE, an individual,<br><br>                Plaintiff,<br><br>     v.<br><br>CITY OF KENT, a municipal corporation and, KING COUNTY, a municipal corporation and, JAMES SHERWOOD, and his marital community and, JENNIFER PHILLIPS, and her marital community,<br><br>                Defendants. | No. 2:22-cv-01431-RSM<br><br>ORDER GRANTING MOTION TO DISMISS PARTY WITHOUT PREJUDICE |

ORDER GRANTING MOTION TO DISMISS PARTY WITHOUT PREJUDICE (Cause No. 2:22-cv-01431-RSM)

Page i

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

**THIS MATTER** has come before the Court on the Plaintiff's Motion to Dismiss Jennifer Phillips and King County as Defendants Without Prejudice Pursuant to FRCP 21 in the above captioned matter.

**THE COURT HEREBY ORDERS:**

Plaintiff's Motion to Dismiss Jennifer Phillips and King County as Defendants Without Prejudice Pursuant to FRCP 21 (Dkt. #14) is GRANTED.

ORDERED this 9th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THE BLANKENSHIP LAW FIRM, PLLC

By: s/ Tobin S. Klusty
Scott C. G. Blankenship, WSBA No. 21431
Tobin S. Klusty, WSBA No. 52567
The Blankenship Law Firm, PLLC
1000 Second Avenue, Suite 3250
Seattle, WA 98104
Telephone: (206) 343-2700
Facsimile: (206) 343-2704
Email: sblankenship@blankenshiplawfirm.com
       tklusty@blankenshiplawfirm.com
Attorneys for Plaintiff

ORDER GRANTING MOTION TO DISMISS PARTY WITHOUT PREJUDICE (Cause No. 2:22-cv-01431-RSM)
Page 1

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

# DECLARATION OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date and in the manner listed below I caused delivery of a true copy of the attached document to the following attorneys for Defendant(s):

| | |
|---|---|
| Geoff Grindeland, WSBA No. 35789<br>Nikki Carsley, WSBA No. 46650<br>Seamark Law Group PLLC<br>400 Winslow Way E, Ste 230<br>Bainbridge Island, WA 98110<br>(206) 502-2510<br>geoff@seamarklaw.com<br>nikki@seamarklaw.com | ☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>■ by Notification via E-filing System |
| Elisa J. Wood, WSBA No. 47421<br>Senior Deputy Prosecuting Attorney<br>516 3rd Avenue #W554<br>Seattle, WA 98104<br>(206) 477-1120<br>elwood@kingcounty.gov<br>maweeks@kingcounty.gov<br>Teresa.potter@kingcounty.gov | ☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>■ by Notification via E-filing System |

DATED this 20th day of December, 2022, at Seattle, Washington.

/s Ian Harkins
Ian Harkins
Paralegal

ORDER GRANTING MOTION TO DISMISS PARTY WITHOUT PREJUDICE (Cause No. 2:22-cv-01431-RSM)
Page 2

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington  98104
(206) 343-2700