UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRISTIAN NAVARRETE,<br><br>              Plaintiff,<br><br>   v.<br><br>CITY OF KENT, a municipal corporation, and JAMES SHERWOOD,<br><br>              Defendants. | CASE NO. 2:22-cv-01431<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE SCHEDULE |

      This matter comes before the Court on the parties' stipulated motions to extend the trial date and related deadlines. Dkt. No. 35. The parties request a new trial date of October 28, 2024, to avoid conflicts with counsels' other scheduled trials and to provide additional time to complete discovery.

      Under Fed. R. Civ. P. 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." Good cause exists if the pretrial schedule "cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16(b) advisory committee's note to 1983 amendment.

      In light of parties' competing commitments and the fact that this is their first request to postpone the trial date, the Court finds good cause to modify the case schedule and GRANTS the parties' stipulated motions to extend the trial and related dates as set forth below:

ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE SCHEDULE - 1

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | October 28, 2024 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | April 1, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | May 1, 2024 |
| Discovery completed by | May 31, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | July 1, 2024 |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | August 29, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | September 18, 2024 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | October 7, 2024 |
| Agreed pretrial order due | October 7, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | October 14, 2024 |
| Pretrial conference | October 21, 2024 |

Dated this 19th day of September, 2023.

*[signature]*

Jamal N. Whitehead
United States District Judge