UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRISTIAN NAVARRETE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF KENT, a municipal corporation, and JAMES SHERWOOD,<br><br>Defendants. | CASE NO. 2:22-cv-01431<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On December 5, 2023, the Court held oral argument on Plaintiff Cristian Navarrete's motion to compel Defendants City of Kent and James Sherwood to fully respond to six interrogatories and 19 requests for production. *See* Dkt. No. 37. The Court deferred ruling on the motion until after the parties met and conferred meaningfully on the subjects in dispute. Dkt. No. 38 at 1. The Court also ordered the parties to submit a joint status report to the extent the issues remained in dispute after their conference. *Id.* at 4.

MINUTE ORDER - 1

On January 16, 2024, the parties submitted a joint status report in which they reported a "productive discussion about the scope of the supplementation sought" and confirmed "there is no need for a court order at this time." Dkt. No. 39 at 1. Accordingly, the Court DENIES without prejudice Navarrete's motion to compel, Dkt. No. 29, as the motion is now moot.

Dated this 23rd day of January 2024.

Ravi Subramanian
Clerk
/s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2