UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRISTIAN NAVARRETE,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF KENT ,<br><br>            Defendant. | CASE NO. 2:22-cv-01431<br><br>ORDER SETTING TRIAL DATE AND RELATED DATES |

## SCHEDULING DATES

Finding good cause to continue the trial date and related deadlines, the Court GRANTS the parties' stipulated motion to continue the case schedule. Dkt. No. 42. The Court will not grant any further continuances. Having reviewed the parties' stipulated motion, the Court sets the following trial and related dates:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | February 18, 2025 |
| Length of trial | 8-10 days |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | August 21, 2024 |

ORDER SETTING TRIAL & RELATED DATES - 1

| EVENT | DATE |
|---|---|
| Discovery completed by | September 20, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | October 21, 2024 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | December 19, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | January 8, 2025 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | January 27, 2025 |
| Agreed pretrial order due | January 27, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | February 3, 2025 |
| Pretrial conference | February 10, 2025 |

The Local Civil Rules set all other dates. The dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. Only the Court may alter these dates and it will do so only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict.

ORDER SETTING TRIAL & RELATED DATES - 2

Failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases.

## COOPERATION

As required by LCR 37(a), all discovery matters should be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

## EXHIBITS

The parties must deliver the original and two copies of the trial exhibits to Grant Cogswell, Courtroom Deputy, seven days before the trial date. Each exhibit must be clearly marked. The Court alters the LCR 16.1 procedure for numbering exhibits as follows: Plaintiff's exhibits should be numbered consecutively beginning with 1; Defendant's exhibits should include the prefix "A" and should be numbered consecutively beginning with A-1. Duplicate documents should not be listed twice. Once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

## SETTLEMENT

If this case settles, counsel must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 25th day of April, 2024.

*Jamal W*

Jamal N. Whitehead
United States District Judge

ORDER SETTING TRIAL & RELATED DATES - 4