Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRISTIAN NAVARRETE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF KENT, a municipal corporation and, JAMES SHERWOOD, and his marital community,<br><br>Defendants. | No. 2:22-cv-01431-JNW<br><br>STIPULATED MOTION TO CONTINUE CASE SCHEDULE<br><br>NOTE ON MOTION CALENDAR: August 19, 2024 |

## STIPULATION

The parties jointly request that the Court continue the case schedule by approximately six months, setting a new trial date of August 11, 2025, and continue the discovery-related deadlines by 30 days. As discussed below, there is good cause for continuing the trial date and related deadlines.

This request is due to lead defense counsel Nikki Carsley's upcoming maternity leave. She is pregnant and due in mid-November. She plans on being on leave for four months and will need 30 days to prepare dispositive and expert motions upon her



**SEAMARK LAW GROUP PLLC**
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2510

return. Given the inherent uncertainty of when her leave will begin and end, a trial date in August 2025 is the earliest feasible.

Ms. Carsley works at a small firm with one other fulltime attorney and one parttime attorney. The other attorneys do not have the capacity to take over this case, especially considering the heavier workload they will shoulder from losing her assistance on other matters during her leave. It is also the clients' preference that Ms. Carsley continue handling this matter, even though it will necessitate a continuance.

Additionally, the Plaintiff requests and the Defendants do not oppose a 30-day continuance of the discovery-related deadlines.

Therefore, the parties request a new trial date of August 11, 2025, and a continuance of the other remaining deadlines as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for filing motions related to discovery | August 21, 2024 | September 20, 2024 |
| Discovery completed by | September 20, 2024 | October 21, 2024 |
| Deadline for filing dispositive motions and motions challenging expert-witness testimony | October 21, 2024 | April 14, 2025 |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | December 19, 2024 | June 12, 2025 |
| All motions *in limine* must be filed by | January 8, 2025 | July 2, 2025 |
| Deposition designations must be submitted by | January 27, 2025 | July 21, 2025 |
| Agreed pretrial order due | January 27, 2025 | July 21, 2025 |



**SEAMARK LAW GROUP PLLC**
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2510

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Trial briefs, proposed *voir dire* questions, and proposed jury instructions must be filed by | February 3, 2025 | July 28, 2025 |
| Pretrial conference | February 10, 2025 | August 4, 2025 |
| Jury trial begins | February 18, 2025 | August 11, 2025 |

DATED: August 26, 2024

THE BLANKENSHIP LAW FIRM, PLLC
Attorneys for Plaintiff

*s/Tobin Klusty* (per authorization)
Scott Blankenship, WSBA No. 21431
Tobin Klusty, WSBA No. 52567
The Blankenship Law Firm, PLLC
1000 2nd Ave, Ste 3250
Seattle, WA 98104
(206) 343-2700
sblankenship@blankenshiplawfirm.com
tklusty@blankenshiplawfirm.com

SEAMARK LAW GROUP PLLC
Attorneys for the City of Kent and Officer Sherwood

*s/Nikki Carsley*
Geoff Grindeland, WSBA No. 35798
Nikki Carsley, WSBA No. 46650
Seamark Law Group PLLC
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2510
geoff@seamarklaw.com
nikki@seamarklaw.com

**ORDER**

Pursuant to the parties' stipulation, it is so ordered. The Court will not grant any further continuances in this case.

DATED: August 26, 2024

Jamal N. Whitehead
United States District Judge



**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

## CERTIFICATE OF SERVICE

I certify that on the date below I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

I further certify that on the date below I mailed by U.S. Postal Service a copy of the foregoing document to the following non-CM/ECF participants:

**N/A**

DATED: August 26, 2024

*s/Nikki Carsley*
Nikki Carsley



**SEAMARK LAW GROUP PLLC**
400 Winslow Way E, Ste 230
Bainbridge Island, WA 98110
(206) 502-2510