UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRISTIAN NAVARRETE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF KENT and JAMES SHERWOOD,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-01431<br><br>ORDER ON MOTIONS TO SEAL |

　　　　The Parties' unopposed motions to seal come before the Court. Dkt. Nos. 88; 101; 117. Upon review, the Court finds that the Parties have not complied with Civil Rule (LCR) 5(g), which requires the party seeking relief to provide "a specific statement of the applicable legal standard and the reasons for keeping a document under seal." LCR 5(g)(3)(B). The rule warns against filing motions, oppositions, and replies under seal, except for in "rare circumstances." LCR 5(g)(5). Here, the Parties ask to redact and seal a host of information related to their *Daubert* motions—including expert conclusions—and exhibits supporting their summary judgment briefing. The experts will presumably testify in open court; thus, the Parties must

ORDER - 1

explain why the Court should keep the opinions contained in their reports hidden from the public in their entirety, rather than targeted redactions.

In sum, because the motions to seal lack specificity, the Court cannot determine whether sealing is appropriate. Accordingly, the Parties have not met their burden under LCR 5(g)(3)(B), and the Court DENIES the motions to seal. Dkt. Nos. 88; 101; 117.

With that said, the Court acknowledges that there are likely compelling reasons to seal at least a subset of the information presented. Thus, all proposed sealed documents will remain provisionally sealed, and the Parties are ORDERED TO SHOW CAUSE why each document should remain sealed within FOURTEEN (14) days of this order. The Parties must also review their proposed redactions to ensure that they—in line with the letter and spirit of the Local Rules—are limited only to sensitive or confidential information.

Dated this 29th day of August, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2